Case 1:26-mj-00035-ZMF    Document 1-1

Case: 1:26-mj-00035
Assigned To: Judge Faruqui, Zia M.
Assign. Date: 2/20/2026
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

1. On February 15, 2026, a complainant went to the Metropolitan Police Department's Seventh District station to report that he had been robbed the previous evening. The complainant explained that the robbery took place in the vicinity of Naylor Road SE and Marion Barry Avenue SE in Washington, D.C. He had bought food and was walking along Naylor Road SE when he noticed a man across the street. Investigators have since identified the man as Michael Ralph Collins.

2. Collins followed the complainant and crossed onto the same side of the street. Eventually, the complainant turned into a parking lot and lost sight of Collins. But soon Collins stepped out from behind a parked car and pointed a firearm at the complainant. Collins demanded the complainant's Apple iPhone and AirPods, and the complainant handed them over. Collins also ordered the complainant to deactivate any passwords on the phone, which the complainant did. Collins left with the iPhone and AirPods.

3. Officers later recovered surveillance footage from a camera at the intersection of Naylor Road SE and Marion Barry Avenue SE. The footage captured the complainant walking down Naylor Road on the night of the robbery. A man wearing dark clothing and shiny sneakers appeared to follow the complainant on the other side of the street.

4. During the initial interview with police on February 15, the complainant used Apple's Find My feature, which indicated that the iPhone and AirPods were located at ▆▆▆▆▆▆ ▆▆▆▆▆▆, Washington, D.C. On February 17, the complainant again used the Find My feature, which indicated that the property was at the same location.

5. That same day, the complainant and his mother noticed a series of unauthorized purchases on his mother's Amazon account. The complainant's mother cancelled most of the transactions but could not cancel the purchase of an iPhone and AirPods. Those items were scheduled to be delivered to Michael Collins at ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ on February 18, 2026. When the complainant accessed his iCloud account, there was a picture of an identification card depicting Collins. The complainant said that the person in the identification card was the person who robbed him. In addition, the complainant's TikTok account posted two videos depicting someone who looked like Collins. The complainant said he did not post the videos.



**Still Photo of a Video of Collins Posted to the Complainant's TikTok**

6. On February 18, 2026, MPD officers went to the apartment complex at ▮▮▮▮ in anticipation of the scheduled delivery of the iPhone and AirPods to Collins. While surveilling the area, officers saw Collins walking across a church parking lot behind the apartment complex. The officers approached Collins, but Collins went into the apartment complex and broke into a run. Officers pursued Collins through hallways in the building, losing sight of him briefly after he went around a corner. Eventually, Collins ran out of the building and stopped in a parking lot. He raised his hands, lifted his shirt to reveal his waistband, and said that he did not have a gun.

7. Collins identified himself to officers. He was wearing shoes that looked like those of the person who followed the complainant the night of the robbery. And he wore a gray hooded sweatshirt with white strings that looked like the one worn by the person in the videos posted to the complainant's TikTok account. Officers placed Collins under arrest for the robbery.

2



**A Picture of Collins After His Arrest**

8. Officers retraced Collins's flight path through the apartment complex. In the portion of the hallway where officers lost sight of Collins, there was a laundry room. Inside an open washing machine, officers found a firearm. The firearm was a Ruger, model P90DC, .45 caliber semiautomatic handgun bearing serial number 660-45708. It was loaded with six rounds of ammunition in an eight-round-capacity magazine. The firearm appeared to be a weapon that would or was designed to or could readily be converted to expel a projectile by the action of an explosive. There are no firearm or ammunition manufacturers located in the District of Columbia, so the firearm and ammunition that Collins possessed must have previously been shipped or transported in interstate or foreign commerce.

3

 

**The Firearm Inside the Open Washing Machine**

9. D.C. Superior Court Judge Juliet McKenna approved a search warrant for ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. When officers executed the search warrant, they found the complainant's iPhone, a notebook containing personal information for the complainant (e.g. phone numbers and a password), a Ruger gun bag, and approximately 80 cartridges of ammunition.

10. Officers took Collins to the MPD's Seventh District station. There, an MPD officer and an ATF agent read Collins his *Miranda* rights, then the two investigators interviewed him. During the interview, Collins admitted that he possessed the firearm the officers had recovered after the chase. Collins also admitted that he committed the robbery and tried to buy items on Amazon using someone else's payment methods. In addition, Collins said that he lived at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

11. Before officers found Collins in possession of a firearm, he had been convicted of several crimes punishable by more than one year of incarceration. Specifically, he had received the following convictions:

4

| Offense of Conviction | Date of Conviction | Jurisdiction | Case Number | Sentence |
|---|---|---|---|---|
| Unauthorized removal of a motor vehicle | 2/3/2026 | Prince George's County Circuit Court | C-16-CR-25-002158 | Incarceration: 4 years<br>Suspended: 3 years, 5 months, 24 days<br>Supervision: 3 years |
| Robbery | 7/3/2014 | Prince George's County Circuit Court | CT140042A | Incarceration: 15 years<br>Suspended: 10 years<br>Supervision: 5 years |
| Attempted burglary, fourth degree | 10/12/2011 | Prince George's County Circuit Court | CT110502X | Incarceration: 3 years<br>Suspended: 2 years, 11 months, 5 days<br>Supervision: 3 years |

12. Because Collins appears to have served at least one prison term of longer than one year, he must have known that he had been convicted of a crime punishable by a term of imprisonment of more than one year.

13. In summary, your affiant submits that probable cause exists to charge Michael Collins with (1) possessing a firearm and ammunition after having been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of 18 U.S.C. § 922(g)(1); (2) armed robbery, in violation of D.C. Code §§ 22-2801 and 22-4502; and (3) possession of a firearm during a crime of violence, in violation of D.C. Code § 22-4504(b).

Respectfully submitted,

_____
Destiny Bryson
Officer, Badge #3164
Metropolitan Police Department

Subscribed and sworn by telephone pursuant to Federal Rule of Criminal Procedure. 4.1 on February 20, 2026.

_____
HONORABLE ZIA M. FARUQUI
UNITED STATES MAGISTRATE JUDGE